STATE of Missouri, Respondent,

v.

Kinzell STANCIEL, Appellant.

No. 72802.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 23, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Eva C. Sterner, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

PER CURIAM.

Defendant, Kinzell Stanciel, was convicted, after a jury trial, of assault in the first degree. He was sentenced to a seven year term of imprisonment. We affirm the judgment of conviction and remand for correction of the sentence.

Defendant first claims the trial court erred in sentencing him as a prior and persistent offender pursuant to Sections 558.016 and 557.036, RSMo (1994) because the State only proved one prior conviction. Defendant's contention is supported by the record. The State agrees. Defendant's first point is granted.

We have reviewed Defendant's remaining points on appeal. No jurisprudential opinion would be served by a written opinion. Those points are denied. Rule 30.25(b).

The judgment of conviction is affirmed. We remand for correction of the sentence in accordance with this opinion.

CONTRACTOR SUCCESS GROUP, INC., Plaintiff/Appellant,

v.

JIMMY'S, INC., d/b/a, Airpro Heating and Air Conditioning and Dirty Ducts, Inc., Defendant/Respondent.

No. 72940.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 23, 1998.

John C. Garavaglia, Law Office of John C. Garavaglia, St. Louis, for Plaintiff/Appellant.

James P. Bick, Jr., Kenneth V. Byrne, Schlueter & Byrne, P.C., St. Louis, for Defendant/Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

Contractor Success Group, Inc. (CSG) appeals from a judgment and order of the trial court, awarding Dirty Ducts, Inc. (DDI) damages on an injunction bond, incurred as a result of CSG's motion for a temporary restraining order against Jimmy's Inc., d/b/a AirPro Heating and Air Conditioning (AirPro) and DDI and granted against AirPro but denied against DDI. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.